**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANNA WORSHAM,**

    **Plaintiff,**

                                                    **Civil Action 2:21-cv-2481**
                                                    **Judge Edmund A. Sargus, Jr.**
    **v.**                                                 **Magistrate Judge Elizabeth P. Deavers**

**ANTHEM INSURANCE COMPANIES,**
**INC.,** *et al.***,**

    **Defendant.**

## ORDER

For the following reasons, the Court ***SUA SPONTE* TRANSFERS** this action to the United States District Court for the Southern District of Ohio Western Division at the Cincinnati location.

Southern District of Ohio Civil Rule 82.1, which governs venue within this District, provides in pertinent part as follows:

    **(b)**    **Location of Court**. For venue purposes, the area served by each location of Court consists of the following counties . . .

            **Western Division**:   **Cincinnati**:   Adams, Brown, Butler, Clermont, Clinton, Hamilton, Highland, Lawrence, Scioto, and Warren.

\*\*\*

    **(e)**    **Nonresident Defendant(s).** If no defendant is a resident of this District, an action shall be filed at the location of Court serving a county in which a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property that is the subject of the action is located.

S.D. Ohio Civ. R. 82.1(b), (e).

In the present action, which initially was filed in the Hamilton County Court of Common Pleas, Plaintiff names Defendants which are located in Deerfield Township, Ohio.  (*See* ECF No. 2 at PAGEID ## 33-34.)  Because Deerfield Township, Ohio is located in Warren County, neither Defendant is a resident of this District.  (*Id.*)  Plaintiff also affirmatively alleges that "[a]ll of the material events alleged in this Complaint occurred in Hamilton County, Ohio."  (*Id.* at PAGEID # 35, ¶ 9.)  Hamilton County and Warren County are both served by the Western Division at Cincinnati, Ohio.  *See* S.D. Ohio Loc. Civ. R. 82.1(b).  Venue in this Court is therefore not proper.  Accordingly, the Clerk is **DIRECTED TO TRANSFER** this action to the United States District Court for the Southern District of Ohio Western Division, Cincinnati, pursuant to 28 U.S.C. § 1406(a) or 1404.

      **IT IS SO ORDERED.**

**Date: May 14, 2021**                                                   */s/ Elizabeth A. Preston Deavers*
                                                                                   **ELIZABETH A. PRESTON DEAVERS**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**